[No. 11433–3–III. Division Three. July 11, 1991.]

*In the Matter of the Personal Restraint of*
ALVIN LEE GUAJARDO, ET AL,
*Petitioners.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.

[Nos. 14157–4–II; 14158–2–II. Division Two. July 12, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE WILLIAMS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN WAYNE WILLIAMS, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 90–1–01036–0, 90–1–01037–8, Brian M. Tollefson, J., entered July 12, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.

[No. 13969–3–II. Divsion Two. July 12, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. POTTER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89–1–00404–3, Milton R. Cox, J., entered April 19, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.